61732 Rosemarie Marroquin-Rivera v. Jefferson-Sessions Baron, good morning May I please report? My name is Mariana Baron and I represent the petitioner in this case, Mrs. Rosemary Marroquin Although the court may be familiar with the facts, I'm just severely going to go over them as those are crucial for the issues that have been brought to the court Mrs. Marroquin is a native and citizen of Guatemala. Back in Guatemala, her domestic partner and father of unborn child, Gustavo Najera, was a police officer Mr. Najera started receiving death threats from criminal gangs against him and his family As shown by the country condition reports that we submitted before the immigration judge, the gangs are a serious problem in Guatemala, where the government has not been able to control them Because Mr. Najera feared for the life of his family, he arranged a smuggler to bring Mrs. Marroquin to the United States She came here and seven months after that, Mr. Najera was murdered, likely by the gangs that had been threatening him Mrs. Marroquin now fears to return to her country as she thinks that these gangs can target her and harm her or her U.S. citizen daughter She therefore applied for withholding government wealth before the immigration judge under Section 241B3B of the Immigration Naturalization Act and ACFR Section 208.16 Both the immigration judge and the Board of Immigration Appeals denied her application, but both those decisions are arbitrary and capricious or constitute an error of law or are not supported by substantial evidence in the record Specifically, both the immigration judge and the Board of Immigration Appeals decided that Mrs. Marroquin has not suffered past persecution in Guatemala They both stated that it is not more than likely that she will be harmed if she returns to her country And the BIA also stated that Mrs. Marroquin's fear was not based on objective basis Our argument is based on three points First, that Mrs. Marroquin suffered past persecution Second, that the government is... What evidence do you have of that? We have the testimony of Mrs. Marroquin before the immigration judge, which was found credible But she only testified that her husband was threatened She did testify that But she didn't testify that she herself was threatened, did she? Well, the threats were against the family She did not receive them personally, but her husband did And the threats were directed at the family So it was not only his life that was in danger, but also her life and one of her unborn child at the moment She testified that the gangs have threatened her husband, saying that they knew that he had a domestic partner who was pregnant And they were going to harm her and the child if he continued in his position as a police officer So we're basing our argument on three points First, that there has been past persecution Second, that the government is trying to hold Mrs. Marroquin to a higher standard than the one that is statutorily required And finally, that because there was past persecution, the burden should have shifted to the government to show that there had been change in the country's conditions And that Mrs. Marroquin could safely relegate within Guatemala The government claims that your client did not raise the issue of past persecution before the BIA Yes Is that correct? No, the issue, I mean, it was not specifically addressed, but the past persecution that she suffered was briefed before the BIA Well, I don't understand your answer So the brief states that she suffered past persecution and that she fulfilled the criteria for withholding of removal It was not, I would say, it was not necessarily outlined with specific case law, but we stated that she suffered past persecution And then the Board of Immigration Appeals did not, just said that she did not suffer any persecution So that's why we're bringing it before the court Well, if you didn't raise it before the BIA, aren't you barred from raising it now? I don't believe so, because I think, you know, it has, I think it was raised, not, we still, we kept the argument that she had suffered past persecution throughout the proceedings So I think we have not waived that issue Specifically regarding the past persecution, the government is saying that she does not have an objective basis for that Doesn't there need to be some tie between the threats and action by the government? Well, it has, the threat can be directly, the government can be the author, but also the threats can be carried out by a group that the government has been unwilling or unable to control And what's the evidence on that? Doesn't the BIA hold that there wasn't sufficient evidence of that? Yes, but there is evidence. We submitted before the immigration judge, Department of State, country condition reports, in which the department concludes that gangs have been and are still a problem that the government cannot control in Guatemala And there's no other evidence other than the country conditions reports and the petitioner's testimony, so all the evidence we have is that, and the government has not provided evidence to rebut that So we're saying that the threats that Ms. Merguin received are concrete and direct, and they were directed against her and her family The government is claiming that she only had subjective or speculative threats, which we disagree with We understand that through her testimony, she showed that the threats were real. Seven months after she entered the country, her partner was murdered I think under the case law of this circuit, Un Vigonzales, criminal death threats are sufficient to show past persecution And there are also some other federal circuit courts that have ruled in the same sense, saying that criminal death threats amount to past persecution Besides that, once we establish past persecution, the government should have shown that it was safe for Ms. Merguin to relocate to another part of the country, or that the circumstances have changed in the country that make it safe for her to return Are you basing your claim on a social group, that she's a member of a particular social group? Yes, she's a member of a particular social group And what is that social group? So she's a member of a family whose domestic partner is a police officer Or was a police officer Was a police officer So we understand that after we have shown the past persecution, the government has not rebutted the past persecution argument that we have stated So at least the case should be remanded, so the government can either revile the presumption, or further findings should support that she can safely relocate, or that the country conditions have changed And what do you say that the immigration judge found, that even if there were persecution, she could relocate within Guatemala, so she's not around the particular people who had threatened her husband to stop his investigation years ago? I think that conclusion is not supported by evidence, because after we show the past persecution, the government should have presented evidence showing that she could relocate somewhere else And the government didn't do that, and even if they did, it was not safe for her to live somewhere else in Guatemala The gang problem is not only in the area where she lived, and also it's not reasonable to demand her to go back, she has no family But now you've sort of generalized the gang problem, you started out with this particular group that is subject to an investigation by the police officer They don't want the investigation to go forward, they issue the threats, they eventually kill him Now you're saying years later, she couldn't live in another part of Guatemala because of criminal violence by those same people, or is it just the endemic political criminal violence you're talking about in Guatemala? There is a generalized problem of gang crime in Guatemala, but if she had to go back to her own area, that would not be safe for her to do, as those gangs are still there And she lived in a rural part of Guatemala, where the population is not as big for her to be able to hide, or the gangs not notice that she's there Is there a name for this gang? We do not have the name for the gang that was threatening the husband She was not really receiving the threats, her husband told her, I've been threatened, they told me that they were going to kill me, or you, or our child, so you should leave And that's what she did, and seven months after, her husband was murdered She was never threatened again since then? No, she hasn't been here ever since One of the grounds was that there was no indication that the threat of harm to her, which once had been made, survived the death of the husband Well, we would not know that, because she was already in this country, and after her husband died, she had no other family members or friends that could tell her, this is happening here, so we would never know that Thank you Good morning, may it please the court, Jamie Dowd on behalf of the Respondent Attorney General I'll just start with the argument regarding the waiver of the past persecution claim If you look at the brief filed by the petitioner before the board, it's clear that there was no argument regarding past persecution The arguments made were regarding a nexus argument with regard to social group, and it looks like on the last page there was a political opinion argument But there's no argument regarding evidence that was presented that could have led to the conclusion that she was persecuted in the past So that's why we made the argument that that claim was waived What do you mean by a nexus argument, can you elaborate on that? Well that's the argument she made before the board in her brief, but that was never What does nexus argument mean, I'm not familiar with that term I'm sorry, that was an argument she made that her claim was on account of a social group, or her political opinion, so therefore the nexus was one of those two She has to show that she was persecuted based on a protected ground, so it has to be political opinion, race, religion, one of those So that was all she argued before the board, which actually wasn't a basis of either the IJ or the board's decision So it seems slightly misplaced, but it's clear that she did not make a specific past persecution argument with regard to Hey look I testified X, Y, Z, and that equals past persecution and it was error for the agency to find otherwise She did not make that argument before the board, so that's why we argued that she waived it Did she make an argument anywhere that her husband was threatened that she would be heard? So before the immigration judge, her testimony was my boyfriend was threatened And therefore he told me, or he set me up with this smuggler and told me to go to the United States because he feared for me She actually never, contrary to what counsel said, she never said or testified that she was threatened or that he said my family was threatened He told her he was threatened and therefore he feared that his family would be harmed She did not testify that he said to her, hey this gang threatened me and my family and I'm afraid for you and you should leave He just said I was threatened and I'm afraid for you and you should leave So there was never that extra step of saying the gang threatened to kill me and my family In fact, her testimony was that he was killed and then when she was asked on cross-examination if she knew who killed him Or if she knew that it was the same people who had threatened him, she said no, she did not know who killed him His family knew but they wouldn't tell her So there's no link actually in her testimony between the threats that her boyfriend received and the people who eventually killed him So there's no record evidence that those people were even the same people So there's no connection really between the threats that he personally received and his ultimate death As I understand it, there's a U.S. citizen involved in this whole situation, am I correct? Well, she came to America pregnant and so there's a U.S. citizen child that was born here after she fled What happens to him or her? I'm not exactly sure how old the child is at this point but presumably would go back to Guatemala with his mother Or could stay here with family that she may have here And if she doesn't have any family here? I believe she does have some family here but the record does show that at least the child's family lives in Guatemala So her boyfriend's family who is the father of the child is still there So if they were to go back together, she clearly has family there Or the child has family there that could support them in that way I would also like to point out that there was a cat claim here that's been waived  I think it's important to note that she has two children who still live in Guatemala And nobody has harmed them, there have been no threats And as Judge Barron pointed out, there's been no threats to her specifically since she left And she does have family there and she did testify at one point when she was asked why she didn't present a death certificate That she is in contact with family there that could have gotten her one, she just didn't get it So it's clear that she still is in contact with family So if threats had been issued, she could have found out about them But there's no evidence and there was no testimony that there were any threats since her departure from Guatemala What triggered the removal proceedings in her case? She entered illegally and was captured at the border and was put into proceedings Detained and she just is not asylum from that spot on She sought asylum before the immigration judge, well she sought withholding of removal It's unclear why she didn't And the child was born how long after she got into the country? I'm not exactly sure, but I know she was pregnant at the time, so within a few months And she wasn't held in detention in the interim? It doesn't appear, it looks from what I remember of the record that she was released ROR from detention So I don't believe she was detained for any, let's see, she was released and what is her cognizance Trying to see what the date of this was, September 8th And she was encountered on August 17th, so it was just a couple weeks since she was released from detention And how long after that did she give birth? That I'm not sure, the record doesn't say how old her child was at the time of the proceedings But 70 years now since she's been in the country So the child presumably would have been born perhaps sometime late 2010 or early 2011 She was in proceedings in 2014, so the child was maybe 4 or 5 at that time So maybe 8 or 9 now, if I'm doing the math in my head correctly Somewhere under 10 it would appear just from the timeline of her being pregnant when she entered versus the time now And is there any policy of discretionary relief or anything like that that the executive uses in a circumstance like this? Well no your honor, I believe the record reflects that during the proceedings There were a few continuances before the immigration judge And it looks like her counsel did say that they were trying to get some sort of prosecutorial discretion And they had approached DHS at that point And then there's an indication in the record that that didn't work out So it appears that they asked and the DHS declined to exercise any sort of discretion at that point And then there's been no request now And from the state of prosecutorial discretion right now I don't believe that there would be any relief that would be available at this point And she did seek it before and DHS said no And the fact that the U.S. citizen is impaired in several ways and cannot get relief in Guatemala allegedly That doesn't make any difference either? I'm sorry could you repeat I didn't understand the U.S. citizen, the child U.S. citizen? The child U.S. citizen apparently has serious medical problems And it does not appear that he can get that attention in Guatemala Does that make any difference? Well she didn't apply for any sort of discretionary relief So that would be more of a claim on a cancellation removal application She didn't apply for that to show some sort of hardship But that's not a factor in a withholding claim So that's not something that would have been considered in a withholding removal claim And she didn't seek a discretionary relief Such as cancellation removal where that might have been a relevant discussion But she didn't file any sort of application for that Do you have anything else? I don't unless the court has further questions Thank you Okay thank you Thank you